IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No: 14-cr-00336-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.     SHAWN ESPINOZA,

        Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

      Pursuant to the Notice of Disposition filed on November 4, 2014 (Docket No. 157).  A Change of Plea Hearing is set for **November 13, 2014 at 11:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

      The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that Defendant Espinoza's attendance at the Status Conference set for November 24, 2014 at 9:00 a.m. is not required.

DATED this 5th day of November, 2014.

> BY THE COURT:
>
> _____
> RAYMOND P. MOORE
> United States District Judge